# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| ELLEN PETERSEN,<br><br>                              Plaintiff,<br>   v.<br><br>BANCO POPULAR DE PUERTO RICO,<br><br>                            Defendant. | 1:07-cv-106 |

TO:   Lee J. Rohn, Esq.
        Wilfredo A. Geigel, Esq.

## ORDER

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Banco Popular de Puerto Rico to Respond to Written Discovery (Docket No 46). Defendant filed an opposition to said motion, and Plaintiff filed a response thereto.

Having reviewed the said motion and the record herein, the Court finds that Defendant has filed a notice of serving responses to discovery.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion to Compel Banco Popular de Puerto Rico to Respond to Written Discovery (Docket No. 46) is **DENIED AS MOOT**.

                                                ENTER:

Dated: March 3, 2010             /s/ George W. Cannon, Jr.
                                            GEORGE W. CANNON, JR.
                                            U.S. MAGISTRATE JUDGE